PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Mario Antonio Reyes-Gonzalez |
| **Docket Number:** | 1:03CR05076-01 |
| **Offender Address:** | Bureau of Prisons |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/14/2003 |
| **Original Offense:** | 8 USC 1326, Deported Alien Found in the United States (CLASS C FELONY) |
| **Original Sentence:** | 18 months BOP, 36 months TSR, $100 SA |
| **Special Conditions:** | 1) Search; 2) Deportation |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/28/2004 |
| **Assistant U.S. Attorney:** | William L. Sims     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | David A. Torres     **Telephone:** (661) 326-0857 |
| **Other Court Action:** | None |

**NON-COMPLIANCE SUMMARY**

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

Rev. 04/2005
PROB12A1.MRG

RE:   REYES-GONZALEZ, Mario Antonio
      Docket Number:   1:03CR05076-01
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

---

**1.   NEW LAW VIOLATION**

**Details of alleged non-compliance:**   On December 31, 2005, the offender was arrested by border officials as he attempted to enter the United States illegally and with no documentation authorizing his reentry into the United States.

**United States Probation Officer Plan/Justification:**   The offender was charged in the Southern District of California with two counts of 8 USC 1325, Illegal Entry.  On February 24, 2006, he entered a guilty plea to both charges and was sentenced to a total term of 30 months custody of Bureau of Prisons.  He was also sentenced to a 1 year term of supervised release.

Based upon the action taken by the Southern District of California, it is recommended the Court take notice of the violation but order no violation action be initiated and allow our term of supervised release to run without interruption.  The sentence imposed in the Southern District of California will hopefully serve as an adequate deterrent from future violations.

Respectfully submitted,

/s/ James E. Herbert
**JAMES E. HERBERT**
**Supervising United States Probation Officer**
Telephone:  (559) 499-5700

**DATED:**   March 16, 2006
            Fresno, California

RE:   REYES-GONZALEZ, Mario Antonio
      Docket Number:   1:03CR05076-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

IT IS SO ORDERED.

**Dated:   March 17, 2006**               /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12A1.MRG